Case 1:24-mj-00218-MAU   Document 1-1   Filed 07

Case: 1:24-mj-00218
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 7/5/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On July 5, 2024, at approximately 1:17 AM, the Complainant and O-1, who are U.S. Marshals, were on-duty working a protective detail on the 2100 block of 11th St., Northwest, Washington, D.C. Both U.S. Marshals were dressed in a U.S. Marshals Service Polo shirt and a U.S Marshals Service T-Shirt. According to interviews with the Complainant and O-1, at that time a silver mini-van, stopped directly next to them while they were seated inside their unmarked U.S. government vehicle. As the silver van stopped, an individual later identified as Kentrell Flowers (FLOWERS), got out of the van, approached the Complainant's driver's door, and pointed a firearm directly at the Complainant through the front driver-side window.

The Complainant pulled out his department issued firearm and fired approximately four times at Defendant Flowers through the window, striking FLOWERS in the mouth. The Complainant provided first aid to FLOWERS, while the silver van fled the scene travelling northbound on 11th Street Northwest.

The Complainant picked up the firearm that FLOWERS pointed at him and placed it into his right pant leg pocket. The recovered firearm, later processed on the scene by CSU technician Sylvester, was a .40 caliber Smith & Wesson, model 40VE. It had (0) rounds in the chamber, and (8) rounds of .40 caliber ammunition in a 13 round capacity magazine.

FLOWERS was transported to the hospital where he was treated and placed under arrest. While at the hospital, FLOWERS verbally identified himself, giving his name, date of birth, and address.

While investigating the attempted carjacking, Detective Alvarez of the Metropolitan Police Department (MPD) recovered video from near the location of the scene that captured some of the incident, although it is partially obscured by tree branches. The video, which is in black and white, showed that at approximately 1:17 AM, a light-colored van drove Northbound on the 2100 block of 11th Street, Northwest and then stopped next to the Complainant's car. A subject then got out of the van and approached the Complainant's driver's door. Within seconds, the light-colored van started driving Northbound on 11th Street, with the rear right passenger door opened. Simultaneously, a subject started running Northbound from the rear of the van, onto the sidewalk. The van then continued driving Northbound as the subject continued running Northbound on the sidewalk. The van and the subject then went out of the view of the camera. The Complainant then exited his vehicle.

Using details from the recovered video and from the Complainant's accounts, MPD detectives queried MPD local stolen/carjacked vehicles database and discovered that a Silver Toyota Sienna mini-van, 2017 VA tag TYC9805, was carjacked, and as of the date of the query, had not yet been recovered.

Detectives visually compared the recovered video footage to the pictures of the vehicle on D.C.'s License Plate Reader (LPR) and confirmed that the Silver Toyota Sienna van appeared to be the same van that was used in the attempted carjacking of the Complainant.

_____
Deputy U.S. Marshal Tyler Wells
U.S. Marshals Services

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of July, 2024.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE